UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

**UNITED STATES OF AMERICA**

v.                                     CRIMINAL NO. 5:05-00060

**EARL ALBERT MOORE**

### MOTION TO REDUCE SENTENCE PURSUANT TO RULE 35

Comes now the United States of America, by Charles T. Miller, United States Attorney for the Southern District of West Virginia, pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure, and moves the Court to reduce defendant's sentence to reflect "defendant's subsequent substantial assistance in investigating or prosecuting another person."

In support of its motion, the United States represents that the defendant EARL ALBERT MOORE has provided substantial assistance to the United States in the investigation and prosecution of other persons.

                                    Respectfully submitted,

By:  /s/CHARLES T. MILLER
     CHARLES T. MILLER
     United States Attorney
     WV Bar No. 2551
     300 Virginia Street, East
     Room 4000
     Charleston, WV 25301
     Telephone:  304-345-2200
     Fax:  304-347-5104
     Email:  chuck.miller@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "MOTION TO REDUCE SENTENCE PURSUANT TO RULE 35," has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this the 16th day of November, 2007, to:

>Mary Lou Newberger
>Federal Public Defender
>Federal Public Defender's Office
>300 Virginia Street, East
>Charleston, West Virginia  25301

>/s/CHARLES T. MILLER
>CHARLES T. MILLER
>United States Attorney
>WV Bar No. 2551
>300 Virginia Street, East
>Room 4000
>Charleston, WV 25301
>Telephone:  304-345-2200
>Fax:  304-347-5104
>Email:  chuck.miller@usdoj.gov